UNITED STATES DISTRICT COURT

_Antonio Sherrod_
(Plaintiff)

v.

_United States Of America_
(Defendant)

AFFIDAVIT / DECLARATION
IN SUPPORT OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, _Antonio Sherrod_ certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?   Yes _____   No __✓__

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

_____

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or form of self-employment?   Yes _____ No __✓__

    b. Rent payments, interest or dividends?   Yes _____ No __✓__

    c. Pensions, annuities or life insurance payments?   Yes _____ No __✓__

    d. Gifts or inheritances?   Yes _____ No __✓__

    e. Any other sources?   Yes _____ No __✓__

**FILED**
JAN 1 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account? Yes _____ No ✓ (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes _____ No ✓

If the answer is yes, describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/27/07
              Date

*[signature]*
Signature of Plaintiff

*TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION OR DETENTION

I certify that __Sherrod  Antonio #14231-026__ (Insert name of prisoner/detainee and number) has the current sum of $ __137.20__ on account to his credit at __USP Pollock__ (name of institution). I further certify that during the past six months the applicants average balance was $ __585.50__ nd that the applicant's average monthly deposits were $ __142.70__. I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does (does not) (circle one) have a secondary savings account(s), such as a certificate of deposit or savings bond. The secondary account(s) balance, if any, is $ _____.

Dated: __1-1-2008__

__K. Francois, Canselor__
Signature of Authorized Officer

__K. Fr.__
Printed Name of Authorized Officer

9

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 14231026 | Current Institution: | Pollock USP |
| Inmate Name: | SHERROD, ANTONIO | Housing Unit: | POL-Z-A |
| Report Date: | 01/01/2008 | Living Quarters: | Z01-106LAD |
| Report Time: | 1:43:35 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5800 |
| PAC #: | 154696523 |
| FRP Participation Status: | Refused |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 2/11/2005 |
| Local Account Activation Date: | 7/17/2007 3:20:14 AM |
| Sort Codes: | |
| Last Account Update: | 12/24/2007 8:19:40 AM |
| Account Status: | Active |
| Phone Balance: | $3.34 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $137.20 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $122.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $15.20 |
| National 6 Months Deposits: | $585.50 |
| National 6 Months Withdrawals: | $576.69 |
| National 6 Months Avg Daily Balance: | $142.70 |
| Local Max. Balance - Prev. 30 Days: | $164.81 |
| Average Balance - Prev. 30 Days: | $135.08 |

## Commissary History

### Purchases

Validation Period Purchases: $2.45
YTD Purchases: $29.00
Last Sales Date: 12/10/2007 3:19:56 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $25.00
Expended Spending Limit: $2.45
Remaining Spending Limit: $22.55

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments: