E-FILED
Wednesday, 16 January, 2008  04:35:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04- 2000 I |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Car-Jacking, 18 U.S.C. § 2119(3); |
| ) | Use of a Firearm to Commit First- |
| ANTONIO SHERROD, ) | Degree Murder, 18 U.S.C. §§ 924(c), |
| ) | (j)(1); Felon in Possession of a Firearm, |
| Defendant. ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Car-Jacking With the Intent to Cause Death and Serious Bodily Harm)

On or about March 16, 2003, in Kankakee County, in the Central District of

Illinois, the defendant,

### ANTONIO SHERROD,

by force and violence and by intimidation, and with the intent to cause death and

serious bodily harm, did take from the person and in the presence of Steven

Prendergast a white 2003 Cadillac Escalade motor vehicle, which had been transported,

shipped, and received in interstate commerce, in that the defendant used a 9 millimeter

semi-automatic handgun to shoot and cause the death of Mr. Prendergast, in order to

steal Mr. Prendergast's Cadillac.

All in violation of Title 18, United States Code, Section 2119(3).

## COUNT TWO
### (Carrying and Using a Firearm to Commit First-Degree Murder)

On or about March 16, 2003, in Kankakee County, in the Central District of

Illinois, the defendant,

### ANTONIO SHERROD,

did knowingly carry and use a firearm, namely a 9 millimeter semi-automatic handgun,

during and in relation to a crime of violence for which he may be prosecuted in a court

of the United States, in that the defendant carried and used the semi-automatic

handgun to commit the first-degree murder (as defined in 18 U.S.C. § 1111(a)) of Steven

Prendergast, in order to steal Mr. Prendergast's Cadillac motor vehicle, in violation of

18 U.S.C. § 2119(3), as set forth in Count One of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c) and (j)(1).

## COUNT THREE
### (Felon in Possession of a Firearm)

On or about March 16, 2003, in Kankakee County, in the Central District of

Illinois, the defendant,

### ANTONIO SHERROD,

after previously being convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly and unlawfully possess a firearm, which had

previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

*Susan C. Wood*

FOREPERSON

JAN PAUL MILLER
UNITED STATES ATTORNEY

TB

3

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

UNITED STATES OF AMERICA

V.

ANTONIO SHERROD

### JUDGMENT IN A CRIMINAL CASE

Case Number: 04-20001-001

USM Number:14231-026

Carol Dison/J. Steven Beckett
Defendant's Attorney

**FILED**
FEB 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☒ was found guilty on count(s)     **1, 2, 3**
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2119(3) | Car-Jacking with the Intent to Cause Death and Serious Bodily Harm | 3/16/2003 | 1 |
| 18 USC §§ 924(c)(1)(A)(iii) , (D)(ii) and (I)(1) | Carrying and Using Firearm to Commit First Degree Murder | 3/16/2003 | 2 |

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/11/2005
Date of Imposition of Judgment

s/Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY        CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

02/11/05
Date

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 1A

DEFENDANT: ANTONIO SHERROD
CASE NUMBER: 04-20001-001

Judgment—Page __2__ of __5__

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm | 3/16/2003 | 3 |

AO 245B    (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

DEFENDANT: ANTONIO SHERROD

CASE NUMBER: 04-20001-001

Judgment — Page ___3___ of ___5___

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

2 Consecutive Terms of Life Imprisonment.

Said term shall consist of life imprisonment on Count 1 and 10 years on Count 3, to be served concurrently; and life imprisonment on Count 2, to be served consecutively to the term imposed in Counts 1 and 3.

☑ The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the BOP that the defendant be housed in the Midwest for visitation.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.    on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___5___

DEFENDANT: ANTONIO SHERROD
CASE NUMBER: 04-20001-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 300.00 | $ | $ 3,408.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Joseph K. Prendergast | $3,408.00 | $3,408.00 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 3,408.00 | $ 3,408.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the     ☐ fine   ☐ restitution.

    ☐ the interest requirement for the     ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page  5  of  5

DEFENDANT: ANTONIO SHERROD
CASE NUMBER: 04-20001-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☑ Payment to begin immediately (may be combined with ☐C, ☐D, or ☐F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

ELECTRONIC FILING SYSTEM - U.S. District Court ILCD

Page 1 of 18

2:08-cv-02013-MPM-DGB    # 5-3    Page 1 of 18

E-FILED

Wednesday, 16 January, 2008  04:37:42 PM

Clerk, U.S. District Court, ILCD

REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-20001-MPM-DGB-1
### Internal Use Only

Case title: USA v. Sherrod

Magistrate judge case number: 2:03-mj-07259

Date Filed: 01/07/2004

Date Terminated: 02/11/2005

---

Assigned to: Judge Michael P. McCuskey

Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '05-1345' '7th Circuit'

### Defendant (1)

**Antonio Sherrod**
*TERMINATED: 02/11/2005*

represented by **Brian J Paul**
ICE MILLER
One American Square
PO Box 82001
Indianapolis, IN 46282
317-236-2100
Email: brian.paul@icemiller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Seventh Circuit Appointment*

**Carol A Dison**
BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160
217-328-0263
Fax: 217-328-0290
Email: Carol@beckettwebber.com
*TERMINATED: 03/24/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**J Steven Beckett**

BECKETT & WEBBER PC
508 S Broadway
PO Box 17160
Urbana, IL 61803-7160
217-328-0263
Fax: 217-328-0290
Email: steve@beckettwebber.com
*TERMINATED: 03/24/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:2119.F MOTOR VEHICLE THEFT
- CARJACKING (On or about March
16, 2003 - Car-jacking with the intent to
cause death and serious bodily harm in
violation of 18 USC 2119(3)
(1)

18:924J.F VIOLENT
CRIME/DRUGS/MACHINE GUN
WHERE DEATH OCCURS (On or
about March 16, 2003 - carrying and
using a firearm to commit first-degree
murder in violation of 18 USC 924(c) &
(j)(1)
(2)

18:922G.F UNLAWFUL
TRANSPORT OF FIREARMS, ETC.
(On or about March 16, 2003 - Felon in
possession of firearm in violation of 18
USC 922(g)(1)
(3)

**Disposition**

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for 2 consecutive terms of
life imprisonment. Said term shall
consist of life imprisonment on Count 1
and 10 years on Count 3, to be served
concurrently; and life imprisonment on
Count 2, to be served consecutively to
the term imposed in Counts 1 and 3.
Defendant is to pay restitution in the
amount of $3,408.00 and a special
assessment of $300.

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for 2 consecutive terms of
life imprisonment. Said term shall
consist of life imprisonment on Count 1
and 10 years on Count 3, to be served
concurrently; and life imprisonment on
Count 2, to be served consecutively to
the term imposed in Counts 1 and 3.
Defendant is to pay restitution in the
amount of $3,408.00 and a special
assessment of $300

It is the judgment of the Court the
defendant is committed to the custody
of the BOP for 2 consecutive terms of
life imprisonment. Said term shall
consist of life imprisonment on Count 1
and 10 years on Count 3, to be served
concurrently; and life imprisonment on
Count 2, to be served consecutively to
the term imposed in Counts 1 and 3.
Defendant is to pay restitution in the
amount of $3,408.00 and a special
assessment of $300

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                 **Disposition**

None

---

**Plaintiff**

**USA**                               represented by   **Timothy A Bass**
                                                       US ATTY
                                                       618 South Sixth Street
                                                       Springfield, IL 62701-1806
                                                       217-492-4450
                                                       Fax: 217-492-4512
                                                       Email: tim.bass@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2003 | 1 | COMPLAINT Antonio Sherrod (1) count(s) cmp before Mag. Judge David G. Bernthal [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/08/2003) |
| 12/08/2003 | 2 | ARREST Warrant issued for Antonio Sherrod by Mag. Judge David G. Bernthal [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/08/2003) |
| 12/09/2003 |  | MINUTES: before Mag. Judge David G. Bernthal. An initial appearance hearing is set for DECEMBER 9, 2003 at 1:00 p.m. (cc: all counsel/USPO/USMS) [ 2:03-m -7259 ] (S, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 |  | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Rick Cox, AUSA for Government. Defendant ANTONIO SHERROD appears in person. Initial appearance hearing held . First appearance of Antonio Sherrod. Defendant advised of charges, rights and of right to counsel. Financial affidavit by defendant filed. The Court finds the defendant qualifies for appointment of counsel and appoints the Federal Public Defender's Office. AFPD Tiffani Johnson present. Defendant advised of right to a preliminary hearing. Defendant orally moves to continue hearing. No objection by Government. Motion granted. The Government seeks detention of defendant. Defendant requests continuance of hearing; granted. |

|            |   | |
|------------|---|---|
|            |   | The preliminary and detention hearing is set for DECEMBER 12, 2003 at 1:30 p.m. Case unsealed by order of the Court. Temporary order of detention to be entered and the defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) [ 2:03-m -7259 ] (S, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 |   | MINUTES: before Mag. Judge David G. Bernthal. The preliminary exam and detention hearing for ANTONIO SHERROD are RESET from 1:30 p.m. TO 10:30 a.m. on DECEMBER 12, 2003. (cc: all counsel/USPO/USMS plus notified by telephone) [ 2:03-m -7259 ] (JAB, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 | 3 | Entry of special and limited appearance for Antonio Sherrod by AFPD Tiffani Johnson for the purpose of hearing held 12/9/03 only. [ 2:03-m - 7259 ] (KM, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 | 4 | TEMPORARY ORDER of Detention of Antonio Sherrod pending hearing pursuant to bail reform act by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS). [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 | 5 | CJA Form 23 (Financial Affidavit) as to Antonio Sherrod [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/09/2003) |
| 12/09/2003 |   | MINUTES: before Judge Michael P. McCuskey. The Court has appointed attorneys J Steven Beckett and Carol A Dison as counsel for defendant Sherrod . The clerk's office is directed to forward a copy of the file to court-appointed counsel as soon as possible. This matter remains set for a preliminary/detention hearing at 10:30 a.m. on DECEMBER 12, 2003 before the Honorable David G Bernthal. (cc: all counsel/USPO/USMS) [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/09/2003) |
| 12/12/2003 | 6 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to J. Steven Beckett [ 2:03-m -7259 ] (SD, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 | 7 | CJA Form 20 Copy 4 (Appointment of Counsel) sent to Carol Dison [ 2:03-m -7259 ] (SD, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 | 8 | ARREST Warrant returned executed as to Antonio Sherrod 12/8/03 [ 2:03-m -7259 ] (JAB, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 |   | MINUTES: before Mag. Judge David G. Bernthal. Appearance for Govt by AUSA Timothy Bass. Dft ANTONIO SHERROD appears in person and with counsel J Steven Beckett and Carol Dison. Preliminary exam held . Govt relies on complaint and affidavit. Evidence heard for dft. Witness sworn; testimony heard. Arguments heard. The Court finds probable cause exists and the cause is bound to the Grand Jury for further proceedings. Detention hearing held . Proffer by Govt; argument heard. Proffer by dft; argument heard. It is the order of the court that dft is ordered detained and the dft is remanded to the custody of the US Marshal. Written order of detention to be entered. (cc: all counsel/USPO/USMS) [ 2:03-m -7259 ] (KM, ilcd) (Entered: 12/15/2003) |
| 12/12/2003 | 9 | APPEARANCE of Attorneys J. Steven Beckett and Carold Dison for |

| | | Antonio Sherrod [ 2:03-m -7259 ] (JAB, ilcd) (Entered: 12/16/2003) |
|---|---|---|
| 12/16/2003 | 10 | ORDER of Detention of Antonio Sherrod pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) [ 2:03-m -7259 ] (JAB, ilcd) (Entered: 12/16/2003) |
| 01/07/2004 | 11 | INDICTMENT by AUSA Timothy A Bass. Counts filed against Antonio Sherrod (1) count(s) 1, 2, 3 (JAB, ilcd) (Entered: 01/08/2004) |
| 01/08/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Arraignment set for JANUARY 14, 2004 at 11:00 a.m. (cc: all counsel/USPO/USMS) (Mailed dft's atty copy of indictment) (JAB, ilcd) (Entered: 01/08/2004) |
| 01/14/2004 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance for Govt by AUSA Timothy Bass. Dft ANTONIO SHERROD appears in person and with counsel Steven Beckett and Carol Dison. Dft sworn; advised of charges and penalties. Dft Antonio Sherrod arraigned; not guilty plea entered . Written scheduling order entered. Final pretrial conference set for FEBRUARY 20, 2004 at 11:00 a.m. Jury selection and jury trial set for MARCH 1, 2004 at 8:30 a.m. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 01/14/2004) |
| 01/14/2004 | 12 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 01/14/2004) |
| 02/03/2004 | 13 | Return of Service from COMMITMENT to Another District from the Northern District of (Hammond) Indiana for Antonio Sherrod. (JAB, ilcd) (Entered: 02/03/2004) |
| 02/03/2004 | 14 | Return of Service from WAIVER of Rule 5 & 5.1 hearings. (JAB, ilcd) (Entered: 02/03/2004) |
| 02/13/2004 | 15 | MOTION to continue the pretrial and jury trial by Antonio Sherrod (JAB, ilcd) (Entered: 02/17/2004) |
| 02/13/2004 | 16 | Defendant's Combined MOTION in limine and Memorandum of Law regarding prior convictions in relation to FRE 404(b) by Antonio Sherrod (JAB, ilcd) (Entered: 02/17/2004) |
| 02/13/2004 | 17 | COMBINED MOTION and memorandum of law reagarding order on prior convictions in relation to Fre 609 by Antonio Sherrod (JAB, ilcd) (Entered: 02/17/2004) |
| 02/13/2004 | 18 | COMBINED MOTION in limine and Memorandum of Law regarding prior convictions in relation to Fre 922(g) by Antonio Sherrod (JAB, ilcd) (Entered: 02/17/2004) |
| 02/17/2004 | | MINUTES: before Judge Michael P. McCuskey. The motion to continue the pretrial and jury trial [15-1] filed by the defendant is set for hearing at 11:00 a.m. on FEBRUARY 20, 2004 before the Honorable Michael P. McCuskey, Courtroom A, 201 S. Vine Street, Urbana, IL (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 02/17/2004) |
| 02/20/2004 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, |

| | | |
|---|---|---|
| | | AUSA for Government. Defendant SHERROD appears in person and with counsel, J. Steven Beckett and Carol Dison. Hearing on defendant's motion to continue the pretrial and jury trial [15-1]; no objection by Government. Motion granted. The pretrial conference is RESET to MAY 7, 2004 at 4:00 p.m. The jury trial is VACATED for March 1, 2004 and RESET to MAY 12, 2004 at 8:30 a.m. (trial estimated to last through 5/21/04) . Any new motions by defendant or Government are to be on file by March 19, 2004. Government to file responses to any motions that are on file at that time by March 19, 2004. Each party has until April 9, 2004 to respond to any motion filed on or before March 19, 2004. A motion hearing is set for APRIL 23, 2004 at 1:00 p.m. before Judge Michael P McCuskey. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) Modified on 03/09/2004 (Entered: 02/20/2004) |
| 03/01/2004 | | MINUTES: before Judge Michael P. McCuskey. On the Court's own motion, the motion in limine [18-1], motion for order on prior convictions [17-1] and the motion in limine [16-1] set for 1:00 p.m. on April 23, 2004 is RESET to 10:00 a.m. on APRIL 23, 2004 before the Honorable Michael P. McCuskey, Courtroom A, 201 S Vine, Urbana, IL. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 03/01/2004) |
| 03/19/2004 | 19 | CONSOLIDATED RESPONSE by plaintiff USA to defendants' motion in limine [18-1], motion order on prior convictions [17-1], motion in limine [16-1] (JAB, ilcd) (Entered: 03/19/2004) |
| 04/23/2004 | | MINUTES: before Judge Michael P. McCuskey. Appearance by AUSA Tim Bass for Govt. Dft ANTONIO SHERROD appeared in person and with counsel Steve Beckett and Carol Dison. Cause called for hearing re motion in limine [18-1], motion order on prior convictions [17-1] and motion in limine [16-1]. The court finds the motion in limine [16-1] and the motion in limine [18-1] MOOT; and GRANTS in part and DENIES in part the motion re order on prior convictions [17-1]. Cause remains set for trial on MAY 12, 2004 at 8:30 a.m. Dft is remanded to the custody of the U S Marshal. (cc: all counsel/USMS/USPO) (SP, ilcd) (Entered: 04/26/2004) |
| 04/23/2004 | 20 | MOTION to suppress statements by Antonio Sherrod (SP, ilcd) (Entered: 04/26/2004) |
| 04/23/2004 | 21 | COMBINED MOTION in limine and Memorandum of Law re Rap Lyrics by Antonio Sherrod (SP, ilcd) (Entered: 04/26/2004) |
| 05/07/2004 | 22 | MOTION to continue by Antonio Sherrod (SP, ilcd) (Entered: 05/07/2004) |
| 05/07/2004 | 23 | LETTER to Court from atty Timothy Bass regarding status of the death penalty review. (SLJ, ilcd) (Entered: 05/07/2004) |
| 05/07/2004 | | MINUTES: before Judge Michael P. McCuskey. Appearance by AUSA Hoff for AUSA Bass/dft ANTONIO SHERROD appears with Atty Dison for final pretrial conference at 4:00 5/7/04. Based on status of all matters, the Crt is granting motion to continue [22-1]. Jury trial previously set at 8:30 5/12/04 is VACATED. Matter is set for further status hearing at 3:30 6/25/04 by personal appearance. Crt finds that the ends of justice has been |

| | | |
|---|---|---|
| | | met pursuant to 18:3161(h)(8)(a). Time is excluded from 5/7/04 to 6/25/04 and to and including the trial date at which wil be set on 6/25/04. Govt to respond to all pending motions previously filed by dft by 6/4/04. No decision has been made by Dept of Justice as to recommendation on death penalty. Dft remanded to the U S Marshal. (cc: all counsel/USMS/USPO) (VB, ilcd) (Entered: 05/07/2004) |
| 05/20/2004 | 24 | LETTER from Judge McCuskey in response to letter from Joseph Prendergast Sr filed under seal and placed in vault (VB, ilcd) (Entered: 05/20/2004) |
| 06/04/2004 | 25 | RESPONSE by plaintiff USA to motion to suppress statements [20-1] (VB, ilcd) (Entered: 06/04/2004) |
| 06/23/2004 | | MINUTES: before Judge Michael P. McCuskey. On the Court's own motion, the status hearing set for 3:30 p.m., June 25, 2004, is RESET to 2:30 p.m., July 1, 2004. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. See 18 USC 3161(h)(8)(A). (cc: all counsel/USPO/USMS) (SD, ilcd) (Entered: 06/23/2004) |
| 07/01/2004 | | Minute Entry for proceedings held before Judge David G. Bernthal.Status Conference as to Antonio Sherrod held on 7/1/2004 at 2:30 p.m. Appearances of Tim Bass, AUSA for Government. Apperance of dft ANTONIO SHERROD in person and with counsel Carol Dison. Government advises no decision has been made by the Department of Justice as to recommendation on death penalty. Motion Hearing set for 7/20/2004 at 1:30 PM in Courtroom A before Judge Michael P. McCuskey. Matter to be scheduled for Jury Trial at that time. Dft remanded to the custody of the USM. (Court Reporter Lisa Cosimini.)(cc: all counsel/USPO/USMS)(SKD, ilcd) (Entered: 07/01/2004) |
| 07/16/2004 | 26 | NOTICE OF GOVERNMENT'S INTENT NOT SEEK THE DEATH PENALTY re: Antonio Sherrod (SKD, ilcd) (Entered: 07/16/2004) |
| 07/20/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ANTONIO SHERROD in person and with counsel J. Steven Beckett and Carol A. Dison. Motion Hearing held. Dft moves to amend motion to suppress prayer; no objection by government; granted. Amendment stated in open court and amended instanter by the Court. On the Court's own motion, witnesses are excluded. Evidence for Government. Witnesses sworn, testimony heard. Govt Exhibits 1 and 2 admitted. Arguments heard. Court denies 20 Motion to Suppress as to Miranda warnings and as to statements. Further Motion Hearing set for 7/22/2004 at 10:30 AM in Courtroom A before Judge Michael P. McCuskey re: Motion in Limine (#21). Dft remanded to custody of the USM. Oral motion by Govt to withdraw exhibits 1 and 2; granted. (cc: USPO/USMS) (Court Reporter LC.) (SKD, ilcd) (Entered: 07/21/2004) |
| 07/20/2004 | 27 | EXHIBIT LIST as to Antonio Sherrod (SKD, ilcd) (Entered: 07/21/2004) |
| 07/21/2004 | 28 | ORDER entered by Judge Michael P. McCuskey on 7/21/04. It is |

| | | ORDERED that J. Steven Beckett and Carol A. Dison are to be compensated at an hourly rate of $125 for their representation of Defendant Antonio Sherrod in this case. (SKD, ilcd) (Entered: 07/21/2004) |
|---|---|---|
| 07/21/2004 | 29 | ORDER entered by Judge Michael P. McCuskey on 7/21/04. It is ORDERED that the 20 Motion to Suppress filed by Antonio Sherrod is DENIED. (SKD, ilcd) (Entered: 07/21/2004) |
| 07/22/2004 | 30 | Sealed Document placed in vault. (SP, ilcd) (Entered: 07/22/2004) |
| 07/22/2004 | 31 | Sealed Document placed in vault. (SP, ilcd) (Entered: 07/22/2004) |
| 07/22/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ANTONIO SHERROD in person and with counsel Steven Beckett and Carol Dison. Continuation of 7/20/04 motion hearing held. Government Exhibit 3 admitted. Proffer by Government. On the Court's own motion, witnesses are excluded from the courtroom. Evidence for dft re: Dft Motion in Limine Regarding Rap Lyrics (#21). Witness sworn, testimony heard. Dft Exhibit A admitted. Dft rests. Arguments by counsel heard. Court grants 21 Motion in Limine. Recess. Reconvene with appearances of Tim Bass, AUSA for Government; Dft Antonio Sherrod with counsel Carol Dison. Dft's counsel orally requests status hearing be set; no objection by Government. No objection by dft personally. Status Conference to set jury trial scheduled for 7/29/2004 at 11:30 AM in Courtroom A before Judge Michael P. McCuskey. Dft remanded to the custody of the USM. (cc: USPO/USMS)(Court Reporter LC.) (SKD, ilcd) (Entered: 07/23/2004) |
| 07/22/2004 | 32 | GOVERNMENT EXHIBIT LIST (SKD, ilcd) (Entered: 07/23/2004) |
| 07/22/2004 | 33 | DEFENDANT EXHIBIT LIST (SKD, ilcd) (Entered: 07/23/2004) |
| 07/26/2004 | | Sealed Document placed in vault. (SKD, ilcd) (Entered: 07/26/2004) |
| 07/26/2004 | 34 | Sealed Document placed in vault. (SKD, ilcd) (Entered: 07/26/2004) |
| 07/30/2004 | | On the Court's own motion, the status conference set for 7/29/2004 at 11:30 AM is RESET to 8/3/2004 at 11:30 AM in Courtroom A before Judge Michael P. McCuskey. (MB, ilcd) (Entered: 07/30/2004) |
| 08/03/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Status Conference held on 8/3/2004. Appearance of Tim Bass, AUSA for Government. Appearance of ANTONIO SHERROD in person and with counsel Steven Beckett and Carol Dison. Status discussed. Forensic testing to be done. Estimated length of trial is 7 days. Status Conference set for 8/31/2004 at 2:30 PM by personal appearance. Any motions are due by 9/23/2004. Subpoenas to be returned by 9/23/04. Final Pretrial Conference set for 9/23/2004 at 3:00 PM by personal appearance; Jury selection and Jury Trial set for October 12, 2004 at 9:00 AM in Courtroom A before Judge Michael P. McCuskey. Subsequent trial dates are 10/13-10/14 and 10/18-10/21. The Court finds the ends of justice are served pursuant to 18 USC 3161 (h)(8)(a). Time is excluded from 4/23/04 until 10/12/04. USM to have defendant present for all hearings; defendant required to be present at |

| | | |
|---|---|---|
| | | 8:30 a.m. on 10/12/04 in civilian clothing. (cc: USPO/USMS)(Court Reporter LC.) (SKD, ilcd) (Entered: 08/04/2004) |
| 08/31/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance for Govt by AUSA Timothy Bass. Appearance by defendant ANTONIO SHERROD in person and with counsel Carol Dison. Status Conference as to Antonio Sherrod held. Status of case discussed. DNA testing on certain evidence discussed. Status Conference set for 9/17/2004 at 9:00 AM by telephone (court will place call) before Judge Michael P. McCuskey. Dft to be called at the Ford County Jail. Dft remanded to the custody of the USM. (cc: USPO/USMS)(Court Reporter LC.) (SKD, ilcd) Modified on 8/31/2004 (KM, ilcd). (Entered: 08/31/2004) |
| 09/16/2004 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the status conference set for 9/17/04 at 9:00 AM as to Antonio Sherrod is RESET to 9/20/2004 at 9:15 AM by telephone (court will place call) before Judge Michael P. McCuskey. Defendant will appear by telephone from Ford County Jail.(MB, ilcd) (Entered: 09/16/2004) |
| 09/20/2004 | | Minute Entry for proceedings held on 9/20/04 before Judge Michael P. McCuskey. TelephoneStatus Conference as to Antonio Sherrod held with appearance for Govt by AUSA Timothy Bass in person; appearance by dft ANTONIO SHERROD by telephone with counsel Carol Dison by telephone. Status of case discussed. Hours of trial will be 9:00 AM to 4:30 PM each day, with attorneys to report at 8:45 AM. Pretrial remains set for 9/23/04 at 3:00 PM by personal appearance. (Court Reporter LC.) (KM, ilcd) (Entered: 09/21/2004) |
| 09/22/2004 | | NOTICE OF HEARING: Due to a conflict in the Court's calendar, the pretrial conference as to Antonio Sherrod set for 9/23/2004 at 3:00 PM is RESET to 9/24/2004 at 3:30 PM in Courtroom A before Judge Michael P. McCuskey. (MB, ilcd) (Entered: 09/22/2004) |
| 09/24/2004 | 35 | EXHIBIT LIST by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 09/24/2004) |
| 09/24/2004 | 36 | WITNESS LIST by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 09/24/2004) |
| 09/24/2004 | 37 | Proposed Jury Instructions by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 09/24/2004) |
| 09/24/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ANTONIO SHERROD in person and with counsel Carol Dison. Pretrial Conference held on 9/24/2004. Parties advised the Court will hold the trial on October 12-15, 2004 and October 18, 2004 through it's conclusion. Govt has e-filed its witness and exhibit list and proposed jury instructions and has served them on the defendant. Govt given until 10/1/04 to file additional jury instructions. Govt to respond to dft's motions by 10/8/04. Dft files witness and exhibit lists, proposed jury instructions and voir dire questions in court. Govt given leave to file amended witness list. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: |

| | | 09/28/2004) |
|---|---|---|
| 09/24/2004 | 38 | MOTION in Limine regarding Autopsy and Crime Scene Photographs by Antonio Sherrod. (SKD, ilcd) (Entered: 09/28/2004) |
| 09/24/2004 | 39 | MOTION to Compel Pursuant to Brady by Antonio Sherrod. (SKD, ilcd) (Entered: 09/28/2004) |
| 09/24/2004 | 40 | WITNESS LIST by Antonio Sherrod (SKD, ilcd) (Entered: 09/28/2004) |
| 09/24/2004 | 41 | EXHIBIT LIST by Antonio Sherrod (SKD, ilcd) (Entered: 09/28/2004) |
| 09/24/2004 | 42 | Jury Instructions as to Antonio Sherrod (SKD, ilcd) (Entered: 09/28/2004) |
| 09/24/2004 | 43 | Supplemental Voir Dire Questions as to Antonio Sherrod (SKD, ilcd) (Entered: 09/28/2004) |
| 10/01/2004 | 44 | Response by USA as to Antonio Sherrod re 43 Voir Dire Questions *(filed as Objections)* (Bass, Timothy) (Entered: 10/01/2004) |
| 10/01/2004 | 45 | POSITION by USA as to Antonio Sherrod regarding Statement of the Case. (Bass, Timothy) (Entered: 10/01/2004) |
| 10/01/2004 | 46 | Proposed Jury Instructions by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 10/01/2004) |
| 10/01/2004 | 47 | RESPONSE to Motion by USA as to Antonio Sherrod re 39 MOTION to Compel, 38 MOTION in Limine *and Government's Motion in Limine* (Bass, Timothy) (Entered: 10/01/2004) |
| 10/01/2004 | 48 | MOTION for Hearing *Prior to Opening Statements* by USA as to Antonio Sherrod. (Bass, Timothy) (Entered: 10/01/2004) |
| 10/04/2004 | | TEXT ORDER granting the Government's Motion for Hearing Prior to Opening Statements 48 . The hearing will take place on October 12, 2004, following jury selection, which will begin at 9:00 a.m. Following jury selection, this court will take up all pending motions and rule on them. Opening statements will take place at 9:00 a.m. on October 13, 2004. Entered by Judge Michael P. McCuskey on 10/04/2004. (DK2, ilcd) (Entered: 10/04/2004) |
| 10/05/2004 | 49 | PETITION for Writ of Habeas Corpus ad testificandum *for John Lee* by USA as to Antonio Sherrod. (Bass, Timothy) (Entered: 10/05/2004) |
| 10/06/2004 | 50 | ORDER granting 49 Motion for Writ of Habeas Corpus ad testificandum for John Lee to appear 10/13/04. Entered by Judge Michael P. McCuskey on 10/6/04. (SKD, ilcd) (Entered: 10/06/2004) |
| 10/06/2004 | 51 | Writ of Habeas Corpus ad Testificandum Issued as to John Lee for 10/13/04 at 9:00 a.m. (SKD, ilcd) (Entered: 10/06/2004) |
| 10/07/2004 | 52 | PETITION for Writ of Habeas Corpus ad testificandum *for Larry J. Gray* by USA as to Antonio Sherrod. (Bass, Timothy) (Entered: 10/07/2004) |
| 10/08/2004 | 53 | ORDER granting 52 Motion for Writ of Habeas Corpus ad testificandum for Larry J. Gray to appear 10/13/04 at 9:00 a.m. Entered by Judge Michael |

|  |  | P. McCuskey on 10/8/04. (SKD, ilcd) (Entered: 10/08/2004) |
|---|---|---|
| 10/08/2004 | 54 | Writ of Habeas Corpus ad Testificandum Issued as to Larry J. Gray for 10/13/04 at 9:00 a.m. (SKD, ilcd) (Entered: 10/08/2004) |
| 10/12/2004 | 55 | EXHIBIT LIST by Antonio Sherrod (Dison, Carol) (Entered: 10/12/2004) |
| 10/12/2004 |  | ORAL MOTION re: challenge of the array of jury panel by Antonio Sherrod. (SKD, ilcd) (Entered: 10/13/2004) |
| 10/12/2004 |  | ORAL MOTION for Leave to File authority to prevent dft from calling witness for impeachment purposes only by USA. (SKD, ilcd) (Entered: 10/13/2004) |
| 10/12/2004 |  | Minute Entry for proceedings held before Judge Michael P. McCuskey on 10/12/04. Appearance of Tim Bass, AUSA for Government. Appearance of Antonio Sherrod in person and with counsel J. Steven Beckett and Carol A. Dison. On the Court's own motion, all potential witnesses are excluded from the courtroom. Voir Dire begins. Jurors sworn as to qualifications. Statement of case read to jury. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/13/2004) |
| 10/12/2004 |  | Minute Entry continued from proceedings held before Judge Michael P. McCuskey on 10/24/04. Same appearances. Govt files amended witness list. Court denies 38 Motion in Limine by dft. Dft withdraws proposed voir dire questions #21, 22 and 23. Jury in for voir dire. ORAL Motion re: challenge of the array of jury panel by dft. Response by govt. Oral motion denied. Jury impaneled and sworn to try the case. Jury excused until 10/13/04 at 9:00 a.m. 39 Motion to Compel denied as moot in part and granted in part. 47 Motion in Limine by Govt denied in part, granted in part and reserved ruling in part. ORAL Motion for Leave to File authority to prevent dft from calling a witness for impeachment purposes only; granted. Dft remanded to the custody of the USM. Jury trial continued until 8:45 a.m. on 10/13/04. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/13/2004) |
| 10/13/2004 | 58 | EXHIBIT LIST by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 10/13/2004) |
| 10/13/2004 | 59 | Subpoenaes returned executed on 10/5/04 filed by Antonio Sherrod as to Guy Maisonneuve, Gary D. Homberg, Agent Scott Monferdini, Ptlm Mallindine, Lt. Kidwell, Ptlm Charles Johnston, Ptlm Chad Gessner, Sgt. Charles Curwick, Agent Bill Backus, Luke Shepherd, Jennifer Wilkening, Ptlm Donald McCarty, Sgt. Kenneth Lowman, Ptlm Laird, Sgt. Thomas Kibort, Det. Tim Klopp, Lt. Patrick Kane, Det. Hartman, Det. Sgt. Jay Etzel, Det. Sgt. Earl Cote, Ptlm Nicholas, Lt. Com. Larry Osenga. (MT, ilcd) (Entered: 10/14/2004) |
| 10/13/2004 | 60 | Subpoenaes returned executed on 10/8/04 filed by Antonio Sherrod as to Bryan Mitchell, MD, Lakesia Winfield, Tom Johnson, Richard Walsh, Kenneth C. Knight, Karen Heard, Inv. Robert Deel. (MT, ilcd) Modified filing date to be 10/13/04 on 10/14/2004 (VB, ilcd). (Entered: 10/14/2004) |
| 10/13/2004 | 61 | Subpoena returned executed on 10/8/04 filed by Antonio Sherrod as to |

| | | |
|---|---|---|
| | | Denise Sherrod, Ruby Shelby, Phala Nuckolls, Shay Guttendorf, Richard Corckett (MT, ilcd) Modified filing date to be 10/13/04 on 10/14/2004 (VB, ilcd). (Entered: 10/14/2004) |
| 10/13/2004 | 62 | Subpoena returned executed on 10/12/04 filed by Antonio Sherrod as to Donald Sherrod, Naomi Jorden, Pamela Sherrod, Special Agent Dennis Fritzsche (MT, ilcd) Modified filing date to be 10/13/04 on 10/14/2004 (VB, ilcd). (Entered: 10/14/2004) |
| 10/13/2004 | | ORAL MOTION for Mistrial by Antonio Sherrod. (SKD, ilcd) (Entered: 10/14/2004) |
| 10/13/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury trial continues on 10/13/04. Same appearances. Jury in. Preliminary instructions given to jury by the Court. Opening statements by Government. Opening statements by dft. Jury out. Oral motion for mistrial by dft. Arguments heard. Oral motion denied. Jury in. Evidence for Government. Witnesses sworn, testimony heard. Stipulation read to jury (Govt exhibit 36). Limiting instruction read to jury. Jury out until 9:00 a.m. on 10/14/04. Jury trial continued to 8:45 a.m. on 10/14/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/14/2004) |
| 10/14/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury Trial continued on 10/14/2004 as to ANTONIO SHERROD. Same appearances. Jury in. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 10/15/04. Jury trial continued until 8:45 a.m. on 10/15/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/15/2004) |
| 10/15/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey.Jury Trial continued on 10/15/2004. Same appearances. Juror excused, alternate seated. Jury in. Witnesses sworn, testimony heard. Jury out until 9:00 a.m. on 10/18/04. Jury trial continued until 8:30 a.m. on 10/18/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/18/2004) |
| 10/18/2004 | 63 | TRANSCRIPT of Proceedings as to Antonio Sherrod held on July 20, 2004 re: Motion to Supress hearing before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/18/2004) |
| 10/18/2004 | | ORAL MOTION for Mistrial by Antonio Sherrod. (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | | RENEWED ORAL MOTION for Mistrial by Antonio Sherrod. (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | | ORAL MOTION for Judgment of Acquittal at close of Government's case by Antonio Sherrod. (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | | ORAL MOTION for Judgment of Acquittal at conclusion of all evidence under Rule 29 by Antonio Sherrod. (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | | ORAL MOTION to Withdraw Exhibits 1,5,9,28,30,31 A-B by USA. (SKD, ilcd) (Entered: 10/19/2004) |

| 10/18/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury Trial as to Antonio Sherrod continued on 10/18/2004. Same appearances. Jury in. Witnesses sworn, testimony heard. Dft orally moves for mistrial; denied. Govt rests. Jury out. Dft orally renews motion for mistrial. Arguments heard. Oral motion denied. Dft orally moves for Judgment of Acquittal at Close of Government's case; denied. Jury in. Evidence for dft. Witnesses sworn, testimony heard. Dft exhibit 18 read into evidence. Dft rests. Jury excused until 9:30 a.m. on 10/19/04. Dft orally moves for Judgment of Acquittal at conclusion of all evidence under Rule 29; denied. Jury instruction conference held. Government orally moves to withdraw exhibits 1,5,9,28,30,31 A-B; granted. Jury trial continued until 9:00 a.m. on 10/19/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | 64 | TRANSCRIPT of Defendant's Opening Statement by Ms. Dison held on October 13, 2004 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/19/2004) |
| 10/18/2004 | 65 | Jury Instructions Given/Refused/Withdrawn as to Antonio Sherrod (SKD, ilcd) (Entered: 10/19/2004) |
| 10/19/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey.Jury Trial as to ANTONIO SHERROD continued on 10/19/2004. Same appearances. Jury in. Jury instructions read to jury. Closing arguments heard. Court Security Officer sworn. Jury excused to deliberate. Alternate excused. Jury Question #1 at 3:25 p.m. Answer given to jury. Jury advised CSO they request to adjourn and return at 9:00 a.m. on 10/20/04. Jury excused until 9:00 a.m. on 10/20/04. Parties to return at 9:00 a.m. on 10/20/04. Dft remanded to the custody of the USM. (Court Reporter LC.) (SKD, ilcd) (Entered: 10/20/2004) |
| 10/19/2004 | 66 | Jury Instructions as GIVEN re: Antonio Sherrod (SKD, ilcd) (Entered: 10/20/2004) |
| 10/19/2004 | 67 | Jury Question #1 as to Antonio Sherrod (SKD, ilcd) (Entered: 10/20/2004) |
| 10/19/2004 | 68 | Court's Response to Jury question #1 (SKD, ilcd) (Entered: 10/20/2004) |
| 10/20/2004 | | Minute Entry for proceedings held before Judge Michael P. McCuskey. Jury trial continued on 10/20/04. Same appearances. Jury resumes deliberations. Jury returns at 10:42 a.m. with verdict. Finding ANTONIO SHERROD GUILTY on Counts I, II and III. Jurors polled and excused. Judgment of conviction entered on Verdict Forms A, B and C. Order implementing sentencing guidelines to be entered. The Court directs the US Probation Office to prepare a Presentence Investigation Report. Sentencing set for 2/11/2005 at 10:00 AM in Courtroom A before Judge Michael P. McCuskey. Dft remanded to the custody of the USM.(Court Reporter LC.) (SKD, ilcd) (Entered: 10/20/2004) |
| 10/20/2004 | 69 | JURY VERDICT as to Antonio Sherrod (1) Guilty on Count 1. (Verdict Form A) (SKD, ilcd) (Entered: 10/20/2004) |
| 10/20/2004 | 70 | JURY VERDICT as to Antonio Sherrod (1) Guilty on Count 2. (Verdict |

| | | Form B) (SKD, ilcd) (Entered: 10/20/2004) |
|---|---|---|
| 10/20/2004 | 71 | JURY VERDICT as to Antonio Sherrod (1) Guilty on Count 3. (Verdict Form C) (SKD, ilcd) (Entered: 10/20/2004) |
| 10/20/2004 | 72 | COURT'S EXHIBIT LIST with exhibits stored in brown box and black crate in vault(SKD, ilcd) (Entered: 10/21/2004) |
| 10/20/2004 | 73 | TRIAL EXHIBIT LIST for dft (SKD, ilcd) (Entered: 10/21/2004) |
| 10/21/2004 | 74 | ORDER ON IMPLEMENTATION OF SENTENCING GUIDELINES as to Antonio Sherrod . Entered by Judge Michael P. McCuskey on 10/21/04. (SKD, ilcd) (Entered: 10/21/2004) |
| 10/28/2004 | 75 | Writ of Habeas Corpus ad Testificandum Returned Executed for Larry J. Gray on 10/15/04 in case as to Antonio Sherrod (KM, ilcd) (Entered: 10/29/2004) |
| 10/29/2004 | 76 | MOTION for Judgment NOV, MOTION for New Trial by Antonio Sherrod. (Dison, Carol) (Entered: 10/29/2004) |
| 11/01/2004 | 77 | ORDER Entered by Judge Michael P. McCuskey on 11/1/04. ORDERED that 76 Motion for Judgment of Acquittal Notwithstanding the Verdict or, in the alternative, for a New Trial as to Antonio Sherrod (1) is DENIED. This case remains set for sentencing on 2/11/05 at 10:00 a.m. SEE ORDER. (SKD, ilcd) (Entered: 11/01/2004) |
| 12/17/2004 | 78 | MOTION to Dismiss the Jury Verdict and Defense Attorney for Ineffective Assistance of Counsel and Prosecutorial Misconduct by dft Antonio Sherrod, pro se. (SKD, ilcd) (Entered: 12/17/2004) |
| 12/17/2004 | 79 | Post Verdict MOTION for New Trial by Antonio Sherrod, pro se. (SKD, ilcd) (Entered: 12/17/2004) |
| 12/21/2004 | 80 | ORDER denying 78 Motion to Dismiss as to Antonio Sherrod (1); denying 79 Motion for New Trial as to Antonio Sherrod (1). Sentencing remains set for 2/11/05 at 10:00 AM. See written Order entered by Judge Michael P. McCuskey on 12/21/04. (KM, ilcd) (Entered: 12/21/2004) |
| 12/30/2004 | 81 | Letter from dft Sherrod to the Court. (Attachments: # 1 Exhibit 1) (SKD, ilcd) (Entered: 12/30/2004) |
| 12/30/2004 | 82 | Letter from dft Sherrod to the Court. (Attachments: # 1 Exhibit 1) (SKD, ilcd) (Entered: 12/30/2004) |
| 01/03/2005 | | TEXT ORDER entered by Judge Michael P. McCuskey on 01/03/2005. On December 21, 2004, this court entered an Order 80 which denied, as untimely, two pro se motions filed by Defendant seeking a new trial. Since that date, Defendant has sent this court two letters [81, 82] in which he again is seeking a new trial. As this court explained in its Order, a motion for a new trial was timely filed by Defendant's attorneys and Defendant's pro se requests for a new trial are not timely. It may be possible for Defendant to raise his issues after sentencing in a direct appeal or a motion under 28 U.S.C. Section 2255. (DK2, ilcd) (Entered: 01/03/2005) |

| | | |
|---|---|---|
| 01/25/2005 | 83 | MOTION for New Trial by Antonio Sherrod, pro se. (Attachments: # 1 Exhibit Fact Sheets and Letters)(VB, ilcd) (Entered: 01/25/2005) |
| 01/25/2005 | | TEXT ORDER. Defendant's pro se 83 Motion for New Trial is denied as untimely. This case remains scheduled for a sentencing hearing on February 11, 2005, at 10:00 a.m. Entered by Judge Michael P. McCuskey on 01/25/2005. (DK2, ilcd) (Entered: 01/25/2005) |
| 01/27/2005 | 84 | MOTION for New Trial based on newly discovered evidence by Antonio Sherrod, pro se. (SKD, ilcd) (Entered: 01/27/2005) |
| 02/10/2005 | 85 | SENTENCING MEMORANDUM by Antonio Sherrod (Dison, Carol) (Entered: 02/10/2005) |
| 02/10/2005 | 86 | NOTICE *of Victim's Request to Make Statement at Sentencing* by USA as to Antonio Sherrod (Bass, Timothy) (Entered: 02/10/2005) |
| 02/11/2005 | 87 | Letters in support of dft Sherrod (SKD, ilcd) (Entered: 02/11/2005) |
| 02/11/2005 | | Minute Entry for proceedings held 2/11/05 before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of ANTONIO SHERROD in person and with counsel Steve Beckett and Carol Dison. Sentencing held. 84 Motion for New Trial as to Antonio Sherrod is DENIED. Counsel acknowledge receipt of presentence investigation report. No objections by Government; objections stated by dft. Victim Impact statements heard. Witness in mitigation for dft. Witness sworn, testimony heard. Recommendations by counsel heard. Statement in allocution by dft. It is the judgment of the Court the defendant is committed to the custody of the BOP for 2 consecutive terms of life imprisonment. Said term shall consist of life imprisonment on Count 1 and 10 years on Count 3, to be served concurrently; and life imprisonment on Count 2, to be served consecutively to the term imposed in Counts 1 and 3. Defendant is to pay restitution in the amount of $3,408.00 and a special assessment of $300. Appeal rights given to dft. The clerk is directed to file notice of appeal. A free transcript will be provided due to the dft being previously found indigent. Oral motion by defendant's attorney to withdraw; attorney advised to file motion in 7th Circuit. Dft requests new attorney in 7th Circuit. Dft remanded to the custody of the U.S. Marshal. (SKD, ilcd) (Entered: 02/11/2005) |
| 02/11/2005 | 88 | **+++ PRESENTENCE INVESTIGATION REPORT** as to Antonio Sherrod (SKD, ilcd) (SP, ilcd). (Entered: 02/11/2005) |
| 02/11/2005 | 89 | **+++ SENTENCING RECOMMENDATION** as to Antonio Sherrod, Antonio Sherrod. (SKD, ilcd) (SP, ilcd). (Entered: 02/11/2005) |
| 02/11/2005 | 90 | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Antonio Sherrod, Antonio Sherrod (SKD, ilcd) (Entered: 02/11/2005) |
| 02/11/2005 | 91 | JUDGMENT as to Antonio Sherrod (1), Count(s) 1, 2, 3 (SKD, ilcd) (Entered: 02/11/2005) |
| 02/11/2005 | 92 | NOTICE OF APPEAL by Antonio Sherrod re 91 Judgment (SKD, ilcd) (Entered: 02/11/2005) |

| 02/11/2005 | 93 | Short Record of Appeal as to Antonio Sherrod sent to US Court of Appeals re 92 Notice of Appeal - Final Judgment (SKD, ilcd) (Entered: 02/11/2005) |
| 02/17/2005 | 94 | USCA Case Number as to Antonio Sherrod 05-1345 for 92 Notice of Appeal - Final Judgment. (SKD, ilcd) (Entered: 02/17/2005) |
| 03/10/2005 | 95 | ORDER of USCA as to Antonio Sherrod re Motion For Permission to Appeal in Forma Pauperis filed pro se by defendant-appellant Antonio Sherrod. It is Ordered that the motion is Denied as unnecessary. See Order. (SKD, ilcd) (Entered: 03/10/2005) |
| 03/24/2005 | 96 | ORDER of USCA as to Antonio Sherrod re 92 Notice of Appeal - Final Judgment. Defense counsel, J Steven Beckett and Carol Dison's motion to withdraw as attorneys of record is granted. It is further ordered that attorney Brian J Paul is appointed to represent defendant. Clerk of District Court shall permit court-appointed counsel to withdraw the record on appeal. See written order. (KM, ilcd) (Entered: 03/24/2005) |
| 03/29/2005 | 97 | Letter from Clerk to Atty Paul with record on appeal consisting of one volume of pleadings and one volume of transcript. (VB, ilcd) (Entered: 03/30/2005) |
| 04/07/2005 | 98 | Judgment Returned Executed as to Antonio Sherrod on 3/17/05 at US Penitentiary at Leavenworth, Kansas. (KM, ilcd) (Entered: 04/13/2005) |
| 06/16/2005 | 99 | Judgment Returned Executed as to Antonio Sherrod on 3/17/05 to US Penitentiary at Leavenworth, KS. (SKD, ilcd) (Entered: 06/16/2005) |
| 07/27/2005 | 100 | Letter from dft requesting copies of CJA vouchers. (SKD, ilcd) (Entered: 07/28/2005) |
| 07/28/2005 | 101 | Letter from the Clerk regarding dft's 7/20/05 letter. (SKD, ilcd) (Entered: 07/28/2005) |
| 07/29/2005 | 102 | TRANSCRIPT of Proceedings as to Antonio Sherrod re: Preleiminary Hearing on 12/12/03, Final Pretrial/Motion to Continue on 2/20/04, Motion Hearing on 4/23/04, Final Pretrial/Motion to Continue on 5/7/04, Status Hearing on 7/1/04, Motion to Suppress on 7/20/04, Motion In Limine on 7/22/04, Status Hearing on 8/3/04, Status Hearing on 8/31/04, Telephone Status Call on 9/20/04, and Final Pretrial Conference on 9/24/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
| 07/29/2005 | 103 | TRANSCRIPT of Jury Trial Proceedings (Day 1 of 7) as to Antonio Sherrod held on 10/12/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
| 07/29/2005 | 104 | TRANSCRIPT of Jury Trial Proceedings (Day 2 of 7) as to Antonio Sherrod held on 10/13/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
| 07/29/2005 | 105 | TRANSCRIPT of Jury Trial Proceedings (Day 3 of 7) as to Antonio Sherrod held on 10/14/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |

| 07/29/2005 | 106 | TRANSCRIPT of Jury Trial Proceedings (Day 4 of 7) as to Antonio Sherrod held on 10/15/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
|---|---|---|
| 07/29/2005 | 107 | TRANSCRIPT of Jury Trial Proceedings (Day 5 of 7) as to Antonio Sherrod held on 10/18/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
| 07/29/2005 | 108 | TRANSCRIPT of Proceedings as to Antonio Sherrod re: Jury Trial (Day 6 of 7) held on 10/19/04, Jury Trial (Day 7 of 7) on 10/20/04, and Sentencing on 2/11/05 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 08/01/2005) |
| 10/14/2005 | 109 | MOTION to Withdraw Record by USA as to Antonio Sherrod. (Bass, Timothy) (Entered: 10/14/2005) |
| 10/20/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 10/20/05 GRANTING the Government's 109 Motion to Withdraw Record. (MB, ilcd) (Entered: 10/20/2005) |
| 10/24/2005 | 110 | Letter from US Attorney's Office indicating their receipt of long record on appeal consisting of 1 volume of pleadings, 1 volume of transcripts and 7 volumes of supplemental record/transcripts (SKD, ilcd) (Entered: 10/24/2005) |
| 12/20/2005 | | Remark: Appeal record returned by USA - 1 volume of pleadings, 1 volume of transcripts, and 7 volumes of supplemental record/transcripts (SP, ilcd) (Entered: 12/20/2005) |
| 01/06/2006 | 111 | Request from USCA for Long Record re 92 Notice of Appeal - Final Judgment. (SKD, ilcd) (Entered: 01/06/2006) |
| 01/12/2006 | 112 | Letter of Transmittal to USCA re 92 Notice of Appeal - Final Judgment. Consists of 1 Volume of Pleadings, 1 Volume of Transcripts, 7 Volumes of Supplemental Transcripts, 4 Volumes of Exhibits and 2 Volumes of Sealed Documents (SKD, ilcd) (Entered: 01/12/2006) |
| 01/23/2006 | 113 | Letter from USCA indicating their receipt of record on appeal. (SKD, ilcd) (Entered: 01/23/2006) |
| 01/23/2006 | 114 | ORDER of USCA as to Antonio Sherrod re 92 Notice of Appeal - Final Judgment. Sealed documents 24, 30, 31 and 34 will be placed in the public record on 2/3/06 absent a motion from a party. See Order. (SKD, ilcd) (Entered: 01/23/2006) |
| 06/05/2006 | 115 | Letter from dft Sherrod re: discovery. (SKD, ilcd) (Entered: 06/05/2006) |
| 06/05/2006 | 116 | MOTION to Compel Pursuant to Brady by Antonio Sherrod, pro se. (SKD, ilcd) (Entered: 06/05/2006) |
| 06/05/2006 | | TEXT ORDER entered by Judge Michael P. McCuskey on 06/05/2006. Defendant, Antonio Sherrod, was found guilty following a jury trial and was sentenced by this court. On April 27, 2006, the Seventh Circuit Court of Appeals issued an opinion which affirmed Defendant's convictions and |

| | | |
|---|---|---|
| | | sentence. Accordingly, there is no basis for ordering the production of any discovery in this case. Defendants's [116] Motion to Compel is DENIED. (DK2, ilcd) (Entered: 06/05/2006) |
| 07/21/2006 | [117] | Letter from defendant Sherrod re: discovery. (SKD, ilcd) (Entered: 07/21/2006) |
| 07/24/2006 | [118] | Letter from the Court to defendant Sherrod. (SKD, ilcd) (Entered: 07/24/2006) |
| 09/01/2006 | [119] | MANDATE of USCA (certified copy) as to Antonio Sherrod. The judgment of the District Court is AFFIRMED. (SKD, ilcd) (Entered: 09/01/2006) |
| 09/01/2006 | | Appeal Record Returned as to Antonio Sherrod: consisting of 1 volume of pleadings, 1 volume of transcripts, 7 volumes of supplemental transcripts, 4 volumes of exhibits, and 2 volumes of In Camera Documents (SKD, ilcd) (Entered: 09/01/2006) |
| 03/26/2007 | [120] | +++ **SEALED DOCUMENT.** (SKD, ilcd) (Entered: 03/26/2007) |
| 03/26/2007 | [121] | Letter from the Court to defendant Sherrod. (SKD, ilcd) (Entered: 03/26/2007) |