E-FILED
Wednesday, 13 February, 2008 02:47:17 PM
Clerk, U.S. District Court, ILCD

FEB 1 2 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Dear Clerk:

I am writing to inform the Court on my new whereabouts.

Antonio Sherrod - 14231-026
UNITED STATES PENTENTIARY
P.O. Box 5500
ADELANTO, CALIFORNIA, 92301.