E-FILED
Wednesday, 13 February, 2008  04:21:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTONIO SHERROD, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 08-2013 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**GOVERNMENT'S MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1. The petitioner filed a motion under 28 U.S.C. § 2255 on January 14, 2008.

2. This Court ordered the government to file it's response by February 13, 2008.

3. This is the government's first request for additional time in which to file its response.

4. The attorney for the government was involved in the trial of United States v. Orr, No. 06-20074, which began on January 28, 2008, and concluded on January 31, 2008.

5.  The attorney for the government has also been prepared in completing the government's brief in *Scott v. United States*, 07-2130, which is due to the Court of Appeals on February 13, 2008.

6.  The attorney for the government has been preparing for the trial of *United States v. Faulds*, No. 07-20004, which is scheduled to commence before this Court on February 25, 2008.

7.  Finally, the attorney for the government has been preparing the government's response to a motion under 28 U.S.C. § 2255 in *James v. United States*, No. 07-2247.

8.  The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests until March 13, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

>
> Respectfully submitted,
>
> RODGER A. HEATON
> UNITED STATES ATTORNEY
>
> BY:   s/Timothy A. Bass
>       TIMOTHY A. BASS, Bar No. MO 45344
>       Assistant United States Attorney
>       201 S. Vine St., Suite 226
>       Urbana, IL 61802
>       Phone: 217/373-5875; Fax: 217/373-5891
>       tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of February 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following this date:

Antonio Sherrod
Inmate No. 14231-026
U. S. Pententiary
P. O. Box 5500
Adelanto, CA 92301

                             s/Timothy A. Bass
                             TIMOTHY A. BASS, Bar No. MO 45344
                             Assistant United States Attorney
                             201 S. Vine Street, Suite 226
                             Urbana, Illinois 61802
                             Phone: 217/373-5875
                             Fax: 217/373-5891
                             tim.bass@usdoj.gov