UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTONIO SHERROD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 08-2013 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S SECOND MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1. The petitioner filed a motion under 28 U.S.C. § 2255 on January 14, 2008.

2. The government filed its motion for additional time on February 13, 2008. This Court granted the motion and ordered the government to file its response by March 13, 2008.

3. This is the government's second request for additional time in which to file its response.

4.  The attorney for the government was involved in the trial of *United States v. Faulds*, No. 07-20004, which was held the week of February 25, 2008.

5.  The attorney for the government was involved in preparing matters for presentation before the Grand Jury on March 4, 2008.

6.  The attorney for the government was involved in preparing for sentencing hearings in United States v. Knox, et. al., No. 05-20029, which were held on February 20, 2008, March 5, 2008, and March 12, 2008. In addition, the attorney for the government was also involved in preparing for a suppression hearing in United States v. Ramirez, No. 07-30022. Finally, the attorney for the government was involved in preparing for a half-day evidentiary hearing before this Court in Cannon v. United States, No. 07-2044, which was held on March 13, 2008, and responses to motions in United States v. Dinkins, No. 07-20110, which was filed on March 14, 2008, and United States v. Orr, No. 06-20032, which was filed on March 10, 2008.

7.  The government has been diligently attempting to complete its response. However, due to the involvement of the attorney for the government in the above-mentioned matters, the government's response has not been completed. Accordingly, the government requests until March 28, 2008, to file its response. The government's response will be filed on or before that date.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I mailed a copy of same to:

Antonio Sherrod
Inmate No. 14231-026
U. S. Penitentiary
P. O. Box 5500
Adelanto, CA 92301

s/Timothy A. Bass
TIMOTHY A. BASS, Bar No. MO 45344
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
tim.bass@usdoj.gov
