E-FILED
Friday, 11 April, 2008  02:59:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTONIO SHERROD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 08-2013 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**GOVERNMENT'S FOURTH MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its fourth motion for additional time to file the government's response to petitioner's motion under 28 U.S.C. § 2255. The government respectfully states the following:

1.  The petitioner filed a motion under 28 U.S.C. § 2255 on January 14, 2008.

2.  This Court has ordered the government to file its response by April 11, 2008.

3.  This is the government's fourth request for additional time in which to file its response.

4. The attorney for the government was required to be out of the office the week of April 7, 2008, regarding a personal matter.

5. In addition, one of the petitioner's claims requires a review of the transcript of the trial. The attorney for the government is based in Springfield and will be in Urbana on Monday, April 14 and will complete a review of the trial record on that date.

6. Accordingly, the government requests an additional five days, or until Tuesday, April 15, 2008, to file its response. This will be the final extension requested by the government.

7. Accordingly, the government requests until April 15, 2008, to file its response.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:   s/Timothy A. Bass
        TIMOTHY A. BASS, Bar No. MO 45344
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 11th day of April 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I mailed a copy of same to:

 Antonio Sherrod
 Inmate No. 14231-026
 U. S. Penitentiary
 P. O. Box 5500
 Adelanto, CA 92301

           s/Timothy A. Bass
           TIMOTHY A. BASS, Bar No. MO 45344
           Assistant United States Attorney
           201 S. Vine Street, Suite 226
           Urbana, Illinois 61802
           Phone:  217/373-5875
           Fax: 217/373-5891
           tim.bass@usdoj.gov