UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

ANTONIO SHERROD,
    Petitioner,

vs.

UNITED STATES OF AMERICA,
    Respondent,

Case No. 08-2013

FILED
MAY 02 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Motion requesting time of extension to file a reply to Government's reply brief.

1) The petitioner filed a motion under 28 U.S.C. 2255 on January 14, 2008.

2) The Court ordered the government to file its response by February 13, 2008. In addition to the government's initial time of extension, the government filed another (3) motions requesting time of extension, which was granted by this Court.

3) The Petitioner is requesting a time of extension, due to the nature of the case, and the legal research thats required to litigate every contention thats argued in Petitioner's original 2255.

4) Legal research will play a major factor in arguing the petitioner's reply brief. The petitioner works from 4am until 12 p.m. in the Institution Kitchen.

5.) The Legal Law Library is only open until 2:45 p.m., and every inmate has to return to their Housing Units, mon-Friday, and from 6 p.m until 8 p.m its open to General Population.

6.) At the minimum, the Petitioner is only afforded six hours a day in the Law Library. At the max, at working in the Legal Library utilizing the six hours daily fors research, thats fourty-two hours a week.

7.) The Petitioner is requesting that this Court Grant him until July 15, 2008, to reply to the Government's brief. The petitioner is pro se' and have no legal advisor, nor paralegal, nor attorney helping him in the process of drafting the reply brief.

8). The avenues fors Legal research and Legal advice is limited to the Petitioner. Wherefore the Petitioner prays this Court Grant his time of extension.

## Certificate Of Service

I hereby certify that on April 23, 2008, I filed the the foregoing to Clerk of Court via- first class mail.

Timothy A. Bass
Assistant United States Attorney
201 South Vine Street, Suite 226
URBANA, Illinois 61802

Antonio Sherrod 14231-026
UNITED STATES PENITENTIARY
VICTORVILLE, P.O. Box 5500
Adelanto, Ca 92301.