IN THE UNITED STATES DISTRICT
COURT CENTRAL DISTRICT OF ILLINOIS
URBANA, DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 04-cf-2004 |
| ANTONIO SHERROD, | ) 08-2013 |
| Defendant | ) |

FILED
JUL 14 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO
URBANA, ILLINOIS

## MOTION FOR TIME OF EXTENSION

The Pro se defendant, respectfully submits his second motion for additional time to file the response to the Government's reply brief to the petitioner's motion under 28 U.S.C. 2255. The Petitioner respectfully submits the following:

1. The petitioner filed a motion under 28 U.S.C. 2255 on January 14, 2008.

2. The Court ordered the government to file its response by April 11, 2008.

3. The Government requested (4) time of extensions to complete its reply.

4. The petitioner request until August 15, 2008 to complete his brief.

5. The Petitioner has been working diligently to finish up the final arguments thats imperative to his petition.

6. The additional time requested will only assist the petitioner to research case law, typing, and complete the reply.

7. The prison went on a week lock down, which hendered

the petitioner for a moment. Also, working at the prison, the petitioner is required to work 8 hours a day.

8. Its well respected that the Court grants the petitioner the additional time. This will be the final request for a time of extension.

    Wherefore, the Petitioner requests that this motion be granted.

Antonio Sherrod 14231-026
U.S.P. Victorville
P.O. Box 5500
Adelanto, Ca 92301

Date 1/7/08.