## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ANTONIO SHERROD,**
**Petitioner,**

vs.                                                                 Case Number:   **08-2013**

**UNITED STATES OF AMERICA,**
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petitioner's motion to vacate, set aside, or reduce sentence is denied.  Case is terminated.


ENTER this 19th day of December 2008.


s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK